IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**JENNIFER GRISSOM,**

    **Plaintiff,**

v.                                      Civil Action No.: 3:22cv291

**DENTAL ASSISTANT JONES,**
in her individual capacity, et al.,

    **Defendants.**

## NOTICE OF SETTLEMENT

    COMES NOW the plaintiff, Jennifer Grissom, by counsel, and notifies the Court that this matter has been settled in full and that the trial may be cancelled and removed from the docket.

                                    Respectfully submitted,

                                    JENNIFER GRISSOM


                                    By:  /s/ Jeremiah A. Denton III
                                            Of Counsel

Jeremiah A. Denton III, Esq., VSB #19191
JEREMIAH A. DENTON III, P.C.
3300 South Building, Suite 208
397 Little Neck Road
Virginia Beach, VA 23452
Tel: 757/340-3232
Fax: 757/340-4505
jerry@jeremiahdenton.com
*Counsel for Plaintiff*

1

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 11th day of August, 2023, a true copy of this Notice of Settlement was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing ("NEF") to all counsel of record:

Christopher F. Quirk, Esq., VSB No. 88238
Margaret F. Hardy, Esq., VSB No. 38555
Sands Anderson PC
1111 East Main Street, Suite 2400
P.O. Box 1998
Richmond, Virginia 23218-1998
Telephone: (804) 648-1636
Facsimile: (804) 783-7291
cquirk@sandsanderson.com
mhardy@sandsanderson.com
*Counsel for Defendant Baker, DDS*

    /s/ Jeremiah A. Denton III
Jeremiah A. Denton III, VSB #19191
Jeremiah A. Denton III, P.C.
3300 South Building, Suite 208
397 Little Neck Road
Virginia Beach, VA 23452-7356
Phone: (757) 340-3232
Fax: (757) 340-4505
jerry@jeremiahdenton.com
*Counsel for Plaintiff*