IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JENNIFER GRISSOM,

    Plaintiff,

v.                                                          Civil Action No.: 3:22cv291

DENTAL ASSISTANT JONES,
in her individual capacity, et al.,

    Defendants.

## FINAL ORDER

    Presently before the Court is Plaintiff's Stipulation of Voluntary Dismissal that is endorsed by all parties in this action, filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). It appearing to be proper to do so, this action shall be, and hereby is DISMISSED WITH PREJUDICE, and each party shall bear his or her own costs and attorney fees. The trial of this action set for December 4, 2023 is CANCELLED.

    The Clerk is directed to strike this case from the Court's docket. This case is closed.

    It is so ORDERED.

ENTERED:

/s/
_____
Henry E. Hudson
Senior United States District Judge

Date: Sept. 8, 2023
Richmond, VA